Judge Novalyn L. Winfield,

In the matter of Adversary Proceeding #:13-01984-NLW, I would like the court to be aware that I will be representing myself in this matter. My attorney Ksenia V. Proskurchenko has failed to properly represent me in this case. I have been attempting to reach Ksenia V. Proskurchenko by phone and e-Mail, however she fails to answer either one. Her office has been closed for the last two weeks. She leaves me no choice in this matter, but to represent myself. I have attached a copy of the e-Mails sent to Ksenia Proskurchenko, to show the numerous attempts I have made to reach out to her. I will be appearing for the scheduled June 30th hearing.

Thank You

Bartlomiej Glab

800 Hampden Street

Linden, NJ 07036

(908)-838-5087

**Bartek** <bartek0430@gmail.com>  May 27

Please call me. 908-838-5087

Sent from my iPhone

**Bartek** <bartek0430@gmail.com>  May 28 (13 days ago)

Can you please call me back it is very important. I have been trying to call your office for a week now. 908-838-5087

Sent from my iPhone

**Ksenia Proskurchenko**  May 28 (13 days ago)

I'll call later tonight.

**Bartek** <bartek0430@gmail.com>  May 28 (13 days ago)

Thanks

Sent from my iPhone

**Bartek** <bartek0430@gmail.com>  May 29 (12 days ago)

Please call me. 908-838-5087

Sent from my iPhone

**Bartek** <bartek0430@gmail.com>  May 30 (11 days ago)

Ksenia,
   I have been more than patient with you. I don't know if you do this to all your clients or just me but at least a reason why you don't return phone calls or don't care

about the client would be nice.

Sent from my iPhone

**Ksenia Proskurchenko**  May 30 (11 days ago)

Bart,
I care. I am going through something right now and I have to take care of it.

**Ksenia Proskurchenko**  May 30 (11 days ago)

Let's discuss everything on Monday, ok?

**Bartek** <bartek0430@gmail.com>  May 30 (11 days ago)

I'll be waiting for your call.

Sent from my iPhone

**Bartek** <bartek0430@gmail.com>  Jun 3 (7 days ago)

It's almost Tuesday night I haven't heard from you in over two weeks please let me know if I should find somebody else's because I have a court date coming up and you already missed the one that was last week.

**Bartek** <bartek0430@gmail.com>  Jun 5 (5 days ago)

I never expected this from you. Thanks for leaving a client hanging. You don't have to call me but I have you actual copies of receipts . I need those back. Can you mail them to me ?

Sent from my iPhone